# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-40994
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 9, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ISAIAS PLANCARTE GARCIA, also known as Cunado,

Defendant-Appellant

Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 4:16-CR-101-2

Before REAVLEY, GRAVES, and HO, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Isaias Plancarte Garcia (Plancarte Garcia) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Plancarte Garcia has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Plancarte Garcia's claims of ineffective assistance of counsel; we therefore decline to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-40994

consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Plancarte Garcia's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.